**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**


**ROBERT A. LOVEDAY,**

      **Plaintiff,**

**vs.**                                                    **CASE NO. 1:07CV84-MP/AK**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

      **Defendant.**

_____/


**REPORT AND RECOMMENDATION**

      Plaintiff brings this cause pursuant to 42 U.S.C. § 405(g) seeking judicial review

of the administrative denial of his application for supplemental security income benefits

under Title XVI of the Social Security Act.  (Doc. 1).  Defendant has moved to remand

this matter (doc. 13) to the Commissioner under sentence four of 42 U.S.C. § 405(g)

which provides that:

> The court shall have power to enter, upon the pleadings and transcript of
> the record, a judgment affirming, modifying or reversing the decision of the
> Commissioner of Social Security, with or without remanding the cause for
> a rehearing.

      Defendant concedes that this action should be remanded to the Administrative

Law Judge for additional action, and specifically requests that upon remand the

Administrative Law Judge secure Plaintiff's complete academic record from

kindergarten through sixth grade; obtain the results of any IQ tests; obtain the results of

any toxicology studies performed by Meridian Behavioral Healthcare; retain a medical expert evaluation to ascertain the nature and severity of Plaintiff's impairments; determine the possible impact of Plaintiff's drug use; determine the impact of his dyslexia and learning disability on his IQ; determine the validity of his IQ scores; and provide a specific rationale regarding whether Plaintiff is disabled at Step 3 under the Listing 12.05C.  This Court shall also enter a final judgment under Rule 58, Federal Rules of Civil Procedure.

Plaintiff has no objection to the motion to remand.

Accordingly, it is **RECOMMENDED** that Defendant's motion to remand (doc. 13) be **GRANTED**, and this cause **REMANDED** to the Commissioner for further proceedings by the Administrative Law Judge, as set forth above.  It is also recommended that final judgment be entered.

**IN CHAMBERS** at Gainesville, Florida, this _15th_ day of August, 2007.

_s/ A. KORNBLUM_
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

No. 1:07CV84-MP/AK