IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


ROBERT A LOVEDAY,

    Plaintiff,

v.                                                    CASE NO. 1:07-cv-00084-MP-AK

MICHAEL J ASTRUE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 15, Report and Recommendation of the Magistrate Judge, recommending that a judgment be entered remanding this case under sentence four of 42 U.S.C. § 405(g), which provides that:

> The court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing.

Defendant concedes that this action should be remanded to the Administrative Law Judge for additional action, and thus no objections have been filed. Having reviewed the Report and Recommendation, the Court finds that remand is appropriate. Accordingly it is hereby,

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     The motion to remand is granted, the decision of the Administrative Law Judge is reversed and this matter remanded to the Commissioner for further decision.

3. The Clerk should enter a judgment in favor of claimant, remand the case to the Commissioner, and close this case.

**DONE AND ORDERED** this  *11th*   day of October, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge