IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROBERT A LOVEDAY,

    Plaintiff,
v.                                             CASE NO. 1:07-cv-00084-MP-AK

MICHAEL J ASTRUE,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 23, Second Amended Motion for Attorney Fees by Robert A. Loveday. The Commissioner filed a response, doc. 25, indicating that the Commissioner did not object to the awarding of fees or the amount of the award. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    Plaintiff is awarded attorney fees in the amount of $818.60.

**DONE AND ORDERED** this *2nd* day of January, 2008

                              *s/Maurice M. Paul*
                         Maurice M. Paul, Senior District Judge